PEOPLE v. MANCIEL

Appeal from Recorder's Court of Detroit, Gerald W. Groat, J. Submitted Division 1 May 4, 1970, at Grand Rapids. (Docket No. 5,935.) Decided August 27, 1970. Leave to appeal denied October 28, 1970. 384 Mich 774.

Conyus Manciel was convicted of first-degree murder. Defendant appeals. Affirmed.

*Frank J. Kelley,* Attorney General, *Robert A. Derengoski,* Solicitor General, *William L. Cahalan,* Prosecuting Attorney, *Dominick R. Carnovale,* Chief, Appellate Department, and *Leonard Meyers,* Assistant Prosecuting Attorney, for the people.

*Carl Levin* and *Arthur J. Tarnow* (Defenders' Office—Legal Aid and Defender Association of Detroit), for defendant on appeal.

Before: FITZGERALD, P. J., and J. H. GILLIS and O'HARA,* JJ.

PER CURIAM. Defendant was convicted by a jury of first-degree murder committed in the perpetration of robbery. MCLA § 750.316 (Stat Ann 1954 Rev § 28.548). He appeals as of right.

---

* Former Supreme Court Justice, sitting on the Court of Appeals by assignment pursuant to Const 1963, art 6, § 23 as amended in 1968.

After careful study of the record, we are satisfied that defendant was fairly tried and adequately represented by counsel. The trial court correctly instructed the jury on the law pertinent to defendant's theory of self-defense. We find no prejudicial error. Moreover, all of the issues argued are raised for the first time on appeal. Since the record does not show manifest injustice, we decline to consider them. *People* v. *Willis* (1965), 1 Mich App 428; *People* v. *Bradford* (1968), 10 Mich App 696.

Affirmed.